ATC PARTNERSHIP *v.* TOWN OF WINDHAM ET AL.

The Supreme Court docket number is SC 16858.

*Richard S. Cody,* in support of the petition.

*Richard P. Weinstein* and *Nathan A. Schatz,* in opposition.

Decided October 23, 2002

ATC PARTNERSHIP *v.* TOWN OF WINDHAM ET AL.

The Supreme Court docket number is SC 16859.

*Lisa Silvestri,* in support of the petition.

*Richard P. Weinstein* and *Nathan A. Schatz,* in opposition.

Decided October 23, 2002

STATE OF CONNECTICUT *v.* WILLIAM MORALES, JR.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Michael E. O'Hare,* supervisory assistant state's attorney, in opposition.

Decided October 23, 2002

STATE OF CONNECTICUT *v.* JASON L'MINGGIO

*Lisa J. Steele,* special public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided October 23, 2002